# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-2684
_____

O'DONNELL LANDSCAPES, LLC.,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

_____

On appeal from the Department of Health.
Michele Tallent, Deputy Secretary.

September 28, 2021

PER CURIAM.

AFFIRMED. *See MedPure, LLC v. Dep't of Health*, 295 So. 3d 318 (Fla. 1st DCA 2020).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael C. Minardi and Wm. Kevin Kilgore of Michael Minardi, P.A., Tampa, for Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Appellee.